1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Branch Chief, Fresno Office
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226

5  Telephone: (559) 487-5561




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-oOo-

| UNITED STATES OF AMERICA, | ) 1:06 CR-00430 |
|---|---|
| Plaintiff, | ) **APPLICATION AND ORDER** |
| | ) **APPOINTING COUNSEL** |
| v. | ) |
| JOANNE C. MORADO, | ) |
| Defendant. | ) |

The defendant, Joanne C. Morado, through the Federal Defender for the Eastern District of California, hereby requests appointment of the Federal Defender as counsel.

The defendant submits the attached financial affidavit as evidence of her inability to obtain counsel. Also included is a copy of a letter provided by the U.S. Attorney's Office indicating that Ms. Morado is under investigation by the Department of Treasury for allegedly engaging in, Unauthorized Access to a Computer and Unauthorized Disclosure of Information, in violation of 18 U.S.C. § 1030(a)(2)(B) and 26 U.S.C. § 7213A(a).

Dated: March 30, 2006

MARC C. AMENT
Assistant Federal Defender
Branch Chief, Fresno Office

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

Dated: March 31, 2006

DENNIS L. BECK
Chief United States Magistrate Judge